| | | |
|---|---|---|
| GLENN S. MILLSAPS JR., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DARREN CAMPBELL, ADAM | ) | |
| DILLARD, ERIC SEENE, UNKNOWN | ) | |
| DEFENDANT, AND RON HILLARD, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion. *Pro se* Plaintiff filed his Complaint on July 23, 2025. (Doc. No. 1). The case docket reflects that summons were issued by the Clerk of Court on July 23, 2025, and July 25, 2025, for service of the Complaint on Defendants, except for the "Unknown Defendant." (Doc. Nos. 2, 3). However, the docket contains neither (1) a return of summons or proof of service of the Complaint on Defendants nor (2) an executed waiver of service by Defendants. Federal Rule of Civil Procedure 4(m) provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). On July 23, 2025, the Court entered text-only order allowing Plaintiff ninety days from the issuance of summons to effectuate service. Plaintiff had until October 21, 2025, to issue summons on Defendants Darren Campbell, Ron Hillard, and Eric Seene, and until October 23, 2025, to issue summons on Defendant Adam Dillard. *See* (Doc. Nos. 2, 3). On December 12, 2025, the Clerk's Office issued a notice of lack of prosecution to Plaintiff warning that the

summons were issued but the case docket does not reflect executed return of summons effecting service of process in accordance with Federal Rule of Civil Procedure 4.

**IT IS, THEREFORE, ORDERED** that Plaintiff **SHALL SERVE** his Complaint on Defendants and **PROVIDE** this Court with proof of service **within fourteen (14) days** of the entry of this Order. If Plaintiff fails to do so or otherwise show cause as to why he has failed to properly serve Defendants, his case will be **DISMISSED**.

**SO ORDERED.**

Signed: March 26, 2026

Matthew E. Orso
United States District Judge